

**LEWIS JOHS**
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

December 12, 2019

**VIA SDNY CM/ECF**

Judge George B. Daniels
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

SO ORDERED:

*George B. Daniels* (signature)
George B. Daniels, U.S.D.J.

Dated: DEC 1 3 2019

Re: **Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company v. Ellen Kelly, et al.**
Case No.: 19-cv-03866 (GBD)

Dear Judge Daniels:

We are counsel for Allstate Fire and Casualty Insurance Company ("Allstate") in the above-referenced declaratory judgment action.

We write to inform the Court that this matter has settled. A global settlement has been reached by the parties with respect to both this action and the underlying personal injury action. Accordingly, we ask that the status conference, currently scheduled for December 17, 2019, be taken off the Court's calendar.

We are in the process of finalizing the necessary settlement documents. We will file a Stipulation of Dismissal with the Court pursuant to Federal Rule 41 once all settlement documents have been signed.

Thank you.

Very truly yours,

*Karen Berberich* (signature)
Karen M. Berberich
kmberberich@lewisjohs.com
*Islandia Office*
KMB/ja

*cc: Via ECF*
Cornell V. Bouse, Esq.
33 Fiddlers Green
Huntington, New York 11743

*Judge George B. Daniels*
*Re:   Allstate Fire and Casualty Insurance Company, Allstate*
      *Indemnity Company v. Ellen Kelly, et al.*
*Page 2*

**LEWIS JOHS**
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

*cc:*
Michael S. Langella, P.C.
888 Veterans Memorial Highway
Hauppauge, New York 11788